**Loren L. Lunsford, OSB No. 03229**
loren.lunsford@lunsfordlegal.com
**LUNSFORD LEGAL GROUP**
908 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 692-8621


Attorneys for Defendant
Original Doggear, ApS


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RUFF WEAR, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORIGINAL DOG GEAR, ApS<br><br>Defendant. | Case No. 6:14-cv-00376-MC<br><br>**DEFENDANT ORIGINAL DOGGEAR, ApS' MOTION TO QUASH SERVICE OF PROCESS AND DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Pursuant to Fed.R.Civ.P. 12(b) |


**LR 7-1 CERTIFICATION**

Counsel for defendant Original Doggear, ApS ("**Original Doggear**" and "**Defendant**"), erroneously sued as Original Dog Gear ApS, conferred with Plaintiff's counsel through telephone conference prior to filing this motion. The parties have not been able to resolve the issue.


NOTICE OF MOTION
 Page 1

## MOTION 1

Pursuant to Fed. R. Civ. P. 12(b)(4) and (5), Original Doggear hereby moves the Court for an Order quashing service of process and dismissing the Complaint.  This motion is supported by the pleadings in this case and Original Doggear's accompanying memorandum of points and authorities.

## MOTION 2

Pursuant to Fed. R. Civ. P. 12(b)(2), Original Doggear hereby moves the Court for an Order dismissing the Complaint with prejudice due to lack of personal jurisdiction.  This motion is supported by the pleadings in this case and Original Doggear's accompanying memorandum of points and authorities.

LUNSFORD LEGAL GROUP

By: ___/s/ Loren L. Lunsford_____
LOREN L. LUNSFORD
Attorneys for Defendant
Original Doggear, ApS