Martin E. Hansen, OSB # 80052
meh@francishansen.com
FRANCIS HANSEN & MARTIN LLP
1148 NW Hill Street
Bend, OR 97701
(541) 389-5010
(541) 382-7068 (fax)
Attorneys for Plaintiff Ruff Wear, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RUFF WEAR, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORIGINAL DOG GEAR APS,<br><br>Defendant. | Case No. 6:14-cv-00376-MC<br><br>**STIPULATION OF DISMISSAL** |

The parties to this action, through their undersigned attorneys, do hereby stipulate and agree to the dismissal of this action, without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

The parties shall bear their own costs and attorneys' fees, and neither party shall be deemed a prevailing party for any purpose.

| FRANCIS HANSEN & MARTIN LLP | LUNSFORD LEGAL GROUP |
|---|---|
| _/s/ Martin E. Hansen_ | _/s/ Loren Lunsford_ |
| Martin E. Hansen, OSB #80052<br>Of Attorneys for Plaintiff | Loren Lunsford, SBN #213966<br>Of Attorneys for Defendant |
| Dated: May 21, 2014 | Dated: May 20, 2014 |

DATED this 19th day of May 2014.

          FRANCIS HANSEN & MARTIN LLP

          /s/ Martin E. Hansen
          MARTIN E. HANSEN, OSB #800526
          Attorney for Plaintiff