IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RUFF WEAR, INC.**, an Oregon corporation,

      Plaintiff,

      v.

**ORIGINAL DOG GEAR, ApS**,

      Defendant.

_____

**Civ. No. 6:14-cv-00376-MC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

    This Court has received from the parties a Stipulation of Dismissal, ECF No. 13. Having reviewed the Stipulation, this Court finds good cause to approve the parties' Stipulation and to dismiss this action. This action is dismissed without prejudice, each party shall bear its own costs, expenses, and attorneys' fees, and neither party shall be deemed a prevailing party for any purpose.

IT IS SO ORDERED.

    DATED this 21st day of May, 2014.

                              _s/Michael J. McShane_
                             **Michael J. McShane**
                             **United States District Judge**

1 – OPINION AND ORDER