IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RUFF WEAR, INC.**, an Oregon corporation,

      Plaintiff,

      v.

**ORIGINAL DOG GEAR, ApS**,

      Defendant.
_____

**Civ. No. 6:14-cv-00376-MC**

**JUDGMENT**

    This action is dismissed without prejudice, each party shall bear its own costs, expenses, and attorneys' fees, and neither party shall be deemed a prevailing party for any purpose.

    DATED this 21st day of May, 2014.

          _____s/ Michael J. McShane_____
                    **Michael J. McShane**
                    **United States District Judge**